# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MAKENZEE MASON**, <br><br> Plaintiff, <br><br> v. <br><br> **BLOOM-CARROLL LOCAL SCHOOL DISTRICT**, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-3668 <br><br> **Judge Graham** |

## ORDER

Before the Court is Defendant Chad E. Little's motion to stay proceedings pending resolution of a related criminal matter, Doc. 16. For good cause shown, Defendant's motion is **GRANTED**. The proceedings in this case are stayed pending resolution of Fairfield County Court of Common Pleas case number 2022 CR 00429. The parties are to notify the Court immediately upon resolution of that criminal matter.

IT IS SO ORDERED.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: December 12, 2022