## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **MAKENZEE MASON** | |
| Plaintiff, | Case No: 2:22-cv-3668 |
| vs. | |
| **BLOOM-CARROLL LOCAL SCHOOL DISTRICT, ET AL.** | Judge James L. Graham<br>Magistrate Judge Elizabeth Preston Deavers |
| Defendants. | |

---

### STIPULATION PERMITTING PLAINTIFF ADDITIONAL TIME TO RESPOND TO DEFENDANT OHIO DEPARTMENT OF EDUCATION'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

---

Pursuant to Local Rule 6.1 and in response to this Court's 12/12/2022 Order granting an indefinite stay of the entire case during the pendency of Defendant Chad Little's criminal proceedings, Plaintiff and Defendant Ohio Department of Education ("ODE") hereby stipulate that Plaintiff shall have 21 days from the date this Court lifts the stay, either in whole or in part, to respond to ODE's pending Motion to Dismiss Plaintiff's Amended Complaint. While the parties to this stipulation believe that the stay granted by this Court negates Plaintiff's need to file a responsive pleading, the parties felt it best to file this stipulation out of an abundance of caution.

Respectfully submitted,

*s/ Craig S. Tuttle*
Gerald S. Leeseberg (0000928)
Craig S. Tuttle (0086521)
John A. Markus (0093736)
LEESEBERG TUTTLE
175 South Third Street, Penthouse One
Columbus, Ohio 43215
Tel: (614) 221-2223

Fax: (614) 221-3106
E-mail: ctuttle@leeseberglaw.com
          jmarkus@leeseberglaw.com
*Trial Attorneys for Plaintiff*

**DAVE YOST (0056290)**
**Ohio Attorney General**

 *_/s/ Kaitlyn M. Kachmarik (per email authority)__*
KAITLYN M. KACHMARIK (0095993)
Trial Counsel
ZOE A. SAADEY (0089181)
Assistant Attorneys General
Education Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Telephone: (614) 644-7250
Facsimile: (614) 644-7634
Kaitlyn.Kachmarik@OhioAGO.gov
Zoe.Saadey@OhioAGO.gov
*Counsel for Defendant*
*Ohio Department of Education*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December, 2022, a copy of the foregoing

document was filed via the Court's ECF, which will provide notice of the filing to all counsel of

record.

Further, undersigned counsel served a copy of the foregoing upon the following by

email only:

Chad Little
10840 Lithopolis Road NW
Canal Winchester, OH 43110
3chad3@gmail.com

 *s/ Craig S. Tuttle*
Craig S. Tuttle