# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **MAKENZEE MASON,** | * | **CASE NO. 2:22-cv-3668** |
| Plaintiff, | | Judge James L. Graham |
| | * | Mag. Judge Elizabeth Preston Deavers |
| v. | * | **STIPULATION PERMITTING DEFENDANTS BLOOM-CARROLL LOCAL SCHOOL DISTRICT, BLOOM-CARROLL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, SHAWN HAUGHN, NATHAN CONRAD, JAN WISECARVER, AND CYNTHIA FREEMAN ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |
| **BLOOM-CARROLL LOCAL SCHOOL DISTRICT, et al.,** | * | |
| Defendants. | * | |

Pursuant to Local Rule 6.1 and in response to this Court's December 12, 2022 Order granting a stay of this case pending resolution of Defendant Chad Little's criminal proceedings, Plaintiff and Defendants Bloom-Carroll Local School District, Bloom-Carroll Local School District Board of Education, Shawn Haughn, Nathan Conrad, Jan Wisecarver, and Cynthia Freeman (collectively "School Defendants") hereby stipulate that School Defendants shall have up to and including 14 days from the date this Court lifts the stay, either in whole or in part, to respond to Plaintiff's Amended Complaint.

- 2 -

Respectfully submitted,

| | |
|---|---|
| */s/ Bartholomew T. Freeze* | */s/ Craig S. Tuttle (per email auth 1/5/23)* |
| Bartholomew T. Freeze (0086980) | Gerald S. Leeseberg |
| Myrl H. Shoemaker, III (0099149) | Craig S. Tuttle |
| FREUND, FREEZE & ARNOLD | John A. Markus |
| Capitol Square Office Building | LEESEBERG TUTTLE |
| 65 E. State Street, Suite 800 | 175 S. Third Street, Penthouse One |
| Columbus, OH  43215-4247 | Columbus, Ohio 43215 |
| (614) 827-7300; (614) 827-7303 (fax) | gsl@leesebergvalentine.com |
| bfreeze@ffalaw.com | ctuttle@leeseberglaw.com |
| mshoemaker@ffalaw.com | jmarkus@leeseberglaw.com |
| *Counsel for Defendants Bloom-Carroll Local School District, Bloom-Carroll Local School District Board of Education, Shawn Haughn, Nathan Conrad, Jan Wisecarver, and Cynthia Freeman* | *Counsel for Plaintiff* |

=and=

Derek L. Haggerty (0086312)
Sandra R. McIntosh (0077278)
SCOTT SCRIVEN LLP
250 E. Broad St., Suite 900
Columbus, OH 43215
(614) 222-8686; (614) 222-8688 (fax)
derek@scottscrivenlaw.com
sandra@scottscrivenlaw.com
*Counsel for Defendants Bloom-Carroll Local School District and Bloom-Carroll Local School District Board of Education*

**CERTIFICATE OF SERVICE**

    A true and accurate copy of the foregoing was served this 5th day of January 2023, via the Court's electronic filing system and/or regular U.S.P.S. mail, upon:

| | |
|---|---|
| Gerald S. Leeseberg <br> Craig S. Tuttle <br> John A. Markus <br> LEESEBERG TUTTLE <br> 175 S. Third Street, Penthouse One <br> Columbus, Ohio 43215 <br> gsl@leesebergvalentine.com <br> ctuttle@leeseberglaw.com <br> jmarkus@leeseberglaw.com <br> *Counsel for Plaintiff* | Kaitlyn M. Kachmarik <br> Zoe A. Saadey <br> Office of the Ohio Attorney General <br> 30 E. Broad Street, 16th Floor <br> Columbus, OH 43215 <br> Kaitlyn.Kachmarik@OhioAGO.gov <br> Zoe.Saadey@OhioAGO.gov <br> *Attorneys for Defendant, Ohio Department of Education* <br><br> Chad Little <br> 10840 Lithopolis Road NW <br> Canal Winchester, Ohio 43110 <br> *Defendant* |

                                                           */s/ Bartholomew T. Freeze*
                                                           Bartholomew T. Freeze (0086980)