IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MAKENZEE MASON,** | : |
| | : |
| Plaintiff, | : Case No. 2:22-cv-3668 |
| | : |
| v. | : JUDGE GRAHAM |
| | : MAGISTRATE JUDGE DEAVERS |
| **BLOOM-CARROLL** | : |
| **LOCAL SCHOOL DISTRICT,** *et al.* | : |
| | : |
| Defendants. | : |

**MOTION FOR LEAVE TO WITHDRAW AS CO-COUNSEL**

Pursuant to Local Rule 83.4(b), Senior Assistant Attorney General Zoe A. Saadey hereby requests leave to withdraw as co-counsel on behalf of Defendant Ohio Department of Education ("ODE") in the above-captioned matter. Ms. Saadey will undergo a change in employment status that renders her ineligible to continue to represent ODE in this action. ODE has been notified of, and consents to, this withdrawal. Assistant Attorney General Kaitlyn M. Kachmarik will remain as Trial Attorney.

Respectfully submitted,

**DAVE YOST (0056290)**
**Ohio Attorney General**

*/s/ Zoe A. Saadey*
ZOE A. SAADEY (0089181)
*Withdrawing Attorney*
Assistant Attorney General
Education Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Telephone: (614) 644-7250
Facsimile: (614) 644-7634
Zoe.Saadey@OhioAGO.gov

1

        */s/ Kaitlyn M. Kachmarik*
KAITLYN M. KACHMARIK (0095993)
*Trial Attorney*
Assistant Attorney General
Education Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Telephone: (614) 644-7250
Facsimile: (614) 644-7634
Kaitlyn.Kachmarik@OhioAGO.gov

*Counsel for Defendant*
*Ohio Department of Education*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Motion for Leave to Withdraw as Co-Counsel* was electronically filed on January 19, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Zoe A. Saadey*

ZOE A. SAADEY (0089181)
Assistant Attorney General