# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

MAKENZEE MASON,

      Plaintiff(s),                                                      Case No. 2:22-cv-3668

vs.                                                                  Judge James L. Graham

                                                                               Magistrate Judge Elizabeth P. Deavers

BLOOM-CARROLL LOCAL
SCHOOL DISTRICT, *et al.,*

      Defendant(s).

## NOTICE OF HEARING

**TAKE NOTICE** that a Telephonic Preliminary Pretrial Conference will be held before the Honorable Elizabeth A. Preston Deavers on **FEBRUARY 23, 2023** at **10:30 A.M**. The parties are directed to call 1-877-336-1280, enter access code 7598806#, followed by security code 1234#.

**PLEASE NOTE:**

    1. The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference. The required form can be found on the Court's website, www.ohsd.uscourts.gov Click on "Forms" and then select "Rule 26(f) Report of the Parties (Eastern Division Only
**Please ensure that you are using the correct form.**

    2. The Eastern Division General Order on Pretrial Conferences can also be found on the Court's website.

    3. Parties, if represented by counsel, or principals are welcome, but not required, to participate in the conference.

**DATE: January 27, 2023**                                            *s/Sherry Nichols*
                                                                              Sherry Nichols, Courtroom Deputy
                                                                              Sherry_Nichols@ohsd.uscourts.gov
                                                                              614-719-3461