IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MAKENZEE MASON** | |
| Plaintiff, | Case No: 2:22-cv-3668 |
| vs. | |
| **BLOOM-CARROLL LOCAL SCHOOL DISTRICT, ET AL.** | Judge James L. Graham<br>Magistrate Judge Elizabeth Preston Deavers |
| Defendants. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT OHIO DEPARTMENT OF EDUCATION *ONLY***

Now comes Plaintiff Makenzee Mason, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), where Defendant Ohio Department of Education has yet to file an Answer or a Motion for Summary Judgment, and hereby voluntarily dismisses her claims against Defendant Ohio Department of Education *only*. Said dismissal is without prejudice and otherwise than upon the merits.

**This action remains pending against all other Defendants.**

    Respectfully submitted,

    */s/ Craig S. Tuttle*
    Gerald S. Leeseberg (0000928)
    Craig S. Tuttle (0086521)
    John A. Markus (0093736)
    LEESEBERG TUTTLE
    175 South Third Street, Penthouse One
    Columbus, Ohio  43215
    Tel: (614) 221-2223
    Fax: (614) 221-3106
    E-mail: ctuttle@leeseberglaw.com
        jmarkus@leeseberglaw.com
    *Trial Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 13th day of February 2023, a copy of the foregoing document was filed via the Court's ECF, which will provide notice of the filing to all counsel of record.

                                                                                   */s/ Craig S. Tuttle*
                                                                                   Craig S. Tuttle