# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **MAKENZEE MASON,** | * | **CASE NO. 2:22-cv-3668** |
| **Plaintiff,** | | **Judge James L. Graham** |
| | | **Mag. Judge Elizabeth Preston Deavers** |
| **v.** | * | |
| **BLOOM-CARROLL LOCAL SCHOOL DISTRICT, et al.,** | | **JOINT STATUS REPORT** |
| | * | |
| **Defendants.** | | |

In accordance with the court's June 13, 2023 Order (Doc. 39), Plaintiff Makenzee Mason and Defendants Bloom-Carroll Local School District, Bloom-Carroll Local School District Board of Education, Shawn Haughn, Nathan Conrad, Jan Wisecarver, and Cynthia Freeman (collectively "School Defendants") wish to advise the court that they expect to file an appropriate stipulated dismissal by July 14, 2023.

Respectfully submitted,

| | |
|---|---|
| */s/ Bartholomew T. Freeze* | */s/ Craig S. Tuttle* (email auth. 6/16/23) |
| Bartholomew T. Freeze (0086980) | Gerald S. Leeseberg |
| Myrl H. Shoemaker, III (0099149) | Craig S. Tuttle |
| FREUND, FREEZE & ARNOLD | John A. Markus |
| Capitol Square Office Building | LEESEBERG TUTTLE |
| 65 E. State Street, Suite 800 | 175 S. Third Street, Penthouse One |
| Columbus, OH  43215-4247 | Columbus, Ohio 43215 |
| (614) 827-7300; (614) 827-7303 (fax) | gsl@leesebergvalentine.com |
| bfreeze@ffalaw.com | ctuttle@leeseberglaw.com |
| mshoemaker@ffalaw.com | jmarkus@leeseberglaw.com |
| *Counsel for Defendants Bloom-Carroll Local School District, Bloom-Carroll Local School District Board of Education, Shawn Haughn, Nathan Conrad, Jan Wisecarver, and Cynthia Freeman* | *Counsel for Plaintiff* |

=and=

Derek L. Haggerty (0086312)
Sandra R. McIntosh (0077278)
SCOTT SCRIVEN LLP
250 E. Broad St., Suite 900
Columbus, OH 43215
(614) 222-8686; (614) 222-8688 (fax)
derek@scottscrivenlaw.com
sandra@scottscrivenlaw.com
*Counsel for Defendants Bloom-Carroll*
*Local School District and Bloom-Carroll*
*Local School District Board of Education*

### CERTIFICATE OF SERVICE

      A true and accurate copy of the foregoing was served this 15th day of June 2023, via the Court's electronic filing system and/or regular U.S.P.S. mail, upon:

| | |
|---|---|
| Gerald S. Leeseberg | Chad Little |
| Craig S. Tuttle | 466 Oak Ave, SW |
| John A. Markus | Strasburg, OH 44680 |
| LEESEBERG TUTTLE | *Defendant* |
| 175 S. Third Street, Penthouse One | |
| Columbus, Ohio 43215 | |
| gsl@leesebergvalentine.com | |
| ctuttle@leeseberglaw.com | |
| jmarkus@leeseberglaw.com | |
| *Counsel for Plaintiff* | |

                                                             */s/ Bartholomew T. Freeze*
                                                             Bartholomew T. Freeze (0086980)