**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **MAKENZEE MASON,** | : | Case No. 2:22-cv-3668 |
| Plaintiff, | : | **Judge James L. Graham** |
| | | **Magistrate Judge** |
| vs. | : | **Elizabeth Preston Deavers** |
| **BLOOM-CARROLL LOCAL SCHOOL DISTRICT, et al.,** | : | **STIPULATED DISMISSAL WITH PREJUDICE** |
| | : | |
| Defendants. | : | |
| | : | |

Pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii), Plaintiff, Makenzee Mason, and Defendants Bloom-Carroll Local School District, Bloom-Carroll Local School District Board of Education, Shawn Haughn, Nathan Conrad, Jan Wisecarver, and Cynthia Freeman, hereby stipulate to the dismissal of all claims against the District, District Board of Education, Haughn, Conrad, Wisecarver, and Freeman with prejudice. The parties jointly request that the court retain jurisdiction to enforce the parties' settlement agreement as it pertains to this action.

SO STIPULATED

| | |
|---|---|
| /s/ Craig S. Tuttle (email auth. 7/16/23) | */s/ Bartholomew T. Freeze* |
| Gerald S. Leeseberg (0000928) | Bartholomew T. Freeze (0086980) |
| Craig S. Tuttle (0086521) | Myrl H. Shoemaker, III (0099149) |
| John A. Markus (0093736) | FREUND, FREEZE & ARNOLD |
| LEESEBERG TUTTLE | Capitol Square Office Building |
| 175 South Third Street, Penthouse One | 65 East State Street, Suite 800 |
| Columbus, Ohio 43215 | Columbus, OH  43215-4247 |
| Tel: (614) 221-2223 | (614) 827-7300; (614) 827-7303 (fax) |
| Fax: (614) 221-3106 | bfreeze@ffalaw.com |
| gsl@leeseberglaw.com | mshoemaker@ffalaw.com |
| ctuttle@leeseberglaw.com | Trial Attorneys |
| jmarkus@leeseberglaw.com | *Counsel for Defendants Bloom-Carroll Local* |
| *Attorneys for Plaintiffs* | *School District, Bloom-Carroll Local School District Board of Education, Shawn Haughn,* |

*Nathan Conrad, Jan Wisecarver, and Cynthia Freeman*

= and =

Derek L. Haggerty (0086312)
Sandra R. McIntosh (0077278)
SCOTT SCRIVEN LLP
250 E. Broad St., Suite 900
Columbus, OH 43215
(614) 222-8686; (614) 222-8688 (fax)
derek@scottscrivenlaw.com
sandra@scottscrivenlaw.com
*Counsel for Defendants Bloom-Carroll Local School District and Bloom-Carroll Local School District Board of Education*

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 13th day of July 2023, upon the following:

| | |
|---|---|
| Gerald S. Leesburg<br>Craig S. Tuttle<br>John A. Markus<br>LEESEBERG TUTTLE<br>175 South Third Street, Penthouse One<br>Columbus, Ohio 43215<br>gsl@leesebergvalentine.com<br>ctuttle@leeseberglaw.com<br>jmarkus@leeseberglaw.com<br>*Counsel for Plaintiff* | Chad Little<br>Inmate# A809957<br>466 Oak Ave. SW<br>Strasburg, OH 44680 |

*/s/ Bartholomew T. Freeze*
Bartholomew T. Freeze (0086980)